MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Thomasine Coleman,<br><br>    Plaintiff,<br><br>       v.<br><br>Michael J. Astrue,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 11-cv-06674-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO REOPEN FOR ENTRY OF JUDGMENT** |

1

The parties, by and through their respective attorneys of record, hereby stipulate to reopen the above matter. By a previous stipulation entered on April 4, 2012, this matter was remanded under sentence six of 42 U.S.C. § 405(g).

The parties stipulate that Plaintiff was mistakenly denied a hearing before an administrative law judge and have agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the ALJ will be directed to schedule a hearing and issue a decision addressing the merits of Plaintiff's claims.

Respectfully submitted on June 7, 2013

/s/ David Waggoner *
DAVID WAGGONER
Plaintiff's Attorney
* by Armand Roth by email authorization

MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

By: /s/ Armand D. Roth
ARMAND D. ROTH
Special Assistant United States Attorney

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

DATED June 10, 2013.

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE